■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS WEISS, Appellant.— This court, on January 3, 1961, having unanimously affirmed an order of the County Court, Kings County, dated November 20, 1958, denying defendant's *coram nobis* application, the defendant, pursuant to section 520 of the Code of Criminal Procedure, now makes application to the Honorable Gerald Nolan, Presiding Justice of this court, for leave to take a further appeal to the Court of Appeals. Such application for leave to appeal to the Court of Appeals is denied by Presiding Justice Nolan.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. HOLLAND, Appellant, v. EDWARD J. O'HARA, as Warden of the County Jail, County of Nassau, Respondent.— Motion by appellant to enlarge his time to perfect his appeal, granted; time enlarged to the October Term, beginning October 2, 1961; appeal ordered on calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ROY A. RAFOS, JR., by ROY H. RAFOS, as His Guardian ad Litem, et al., Appellants, v. WILLIAM ROLNICK et al., Individually, and Doing Business as BROADWAY AUTO PARTS, Respondents.— Motion by appellants for leave to appeal as poor persons granted. The appeal will be heard on the original papers (including the typed minutes) and on appellants' typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellants are directed to file six copies of their typewritten brief and to serve one copy on the respondents. Seymour Greenblatt, Esq., 158 Grand Street, Newburgh, New York, having consented to serve, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ EMMA C. RUCK, Appellant-Respondent, v. JOSEPH BRASSER, Appellant, and JOHN H. DIERKS, Respondent.— Motion by plaintiff-appellant to dispense with the printing of the record, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ LAWRENCE SCHINDO, Appellant, v. JOSEPH ANTINOZZI, Respondent.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Kleinfeld and Pette, JJ., concur.

■ (A) MAX SCHUSTER, as Administrator of the Estate of ARNOLD L. SCHUSTER, Deceased, Respondent, v. CITY OF NEW YORK, Appellant. (B) TRI-STATE HEATING & VENTILATING CORP., Respondent, v. SHAARE ZION CONGREGATION, Appellant. (C) MARCIA WOLFSON et al., Respondents, v. THOMAS E. DARNELL et al., Appellants.— [In each action] Motion by respondent[s] to dismiss appeal[s] denied, on condition that appellant[s] perfect the appeals and be ready to argue or submit them at the October Term, beginning October 2, 1961; appeals ordered on the calendar for said term. The record and appellants' briefs must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.